*Law Offices of*

# TAMARA KLUGER JACOBSON

*A LIMITED LIABILITY CORPORATION*

TAMARA KLUGER JACOBSON

Of Counsel:
ROBERT G. HARVEY, SR.
rgharvey@bellsouth.net

600 NORTH CARROLLTON AVENUE
NEW ORLEANS, LOUISIANA 70119

TELEPHONE (504) 822-2136
TELEFAX (504) 822-2179
NATIONAL WATTS (800) 568-2136
tkjacobson@aol.com

# Fax

To: Chip Duncan           ~~From:~~ 6/8/16

Fax No.: 524-9003          Pages: 15

~~Date:~~  From: Bob Haney

Re: Leroy Shaw

☐ Urgent   ☒ For Review   ☐ Comment Requested   ☒ Reply Requested   ☐ Recycle

Medical Records

The information contained in this facsimile message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, at the number listed above, and delete the original message. Thank you.

**EXHIBIT**

**A**

tabbies®

06/08/2016 12:08      #645 P.002/016

# METROPOLITAN
# HEALTH
# GROUP

2930 Canal Street, Suite 401
New Orleans, LA 70119
(504) 821-2574

June 4, 2015

**Leroy Shaw**
**SS#**   8976
**D/A**   05/27/15
**IOV**   06/04/15



**CHIEF COMPLAINT:** The patient comes in complaining of neck pain, back pain, and left shoulder pain.

**HISTORY OF PRESENT ILLNESS:** This 69-year-old male patient was seen in the office complaining of injuries related to a motor vehicle accident that occurred May 27, 2015. According to Mr. Shaw, he was the driver of an 18-wheeler that was stopped when he was hit on the front end by another 18-wheeler. The airbags did not deploy. Both vehicles sustained moderate damages. He was able to get out of the vehicle and walk around at the accident scene. He reports no head trauma or loss of consciousness during the accident. There are no reports of headaches, dizziness, nausea or vomiting. An ambulance did not report to the scene of the accident. He was not treated at the emergency room. His pain was immediate after the accident.

**PAST MEDICAL HISTORY:** The patient reports being involved in a previous motor vehicle accident in 2004 where he injured his left shoulder and neck. He broke the fingers on his right hand in the 1990s. He reports no residual injuries and no pain prior to this accident. There are no known medication allergies. He suffers with no other current illnesses. He is currently taking no medications. His surgical history is unremarkable.

**SOCIAL HISTORY:** Mr. Shaw is a single father of seven children. He is right handed. He is self-employed as a truck driver. He missed five days of work due to this accident. He does not use tobacco products. He never uses alcohol.

**PHYSICAL EXAMINATION: Vital signs: BP: 154/99 P: 67. HT: 70", WT 190 lbs., RESP:**
HEENT: The head is normocephalic and atraumatic. The oropharynx is clear.
NECK: There are no surgical scars noted over the neck. Cervical range of motion is limited secondary to pain. There is tenderness noted in the trapezius muscle groups bilaterally, but greater on the right side than on the left. There is no thyromegaly.
CHEST: The chest wall and ribcages are nontender.
LUNGS: Clear to auscultation and percussion.
HEART: Regular rate and rhythm.

METROPOLITAN
HEALTH
GROUP

2930 Canal Street, Suite 401
New Orleans, LA 70119
(504) 821-2574

Leroy Shaw
06/04/15
Page 2

CONFIDENTIAL

ABDOMEN: Soft, nontender. There were good bowel sounds noted in all quadrants.
BACK: There are no surgical scars noted over the back. There is no bruising or swelling noted. Lumbar range of motion is limited secondary to pain. There is tenderness noted down the lumbar midline and over the lumbar paraspinous muscles. Straight leg raising is negative bilaterally.
EXTREMITIES: There is limited range of motion of the left shoulder secondary to pain. The patient moves the lower extremities well.
NEURO: Reflexes are 2+ and equal. Strength, motor, and sensation exams are normal. Cranial nerves III-XII are grossly intact.

**IMPRESSION:** Motor vehicle accident of 05/27/15 producing:
1. Cervical sprain/strain
2. Lumbar sprain/strain
3. Left shoulder sprain/strain
4. Possible right lower extremity radiculitis

With the patient's history, complaints, and physical findings, it is my opinion that the above diagnoses are related to the accident of May 27, 2015.

**RECOMMENDATIONS:**
1. The patient is to begin a conservative treatment program here in the office.
2. X-rays of the cervical spine, lumbar spine, and left shoulder are ordered.
3. The patient is asked to return in four weeks for follow-up with the physician.

William Alden, M.D.



**LA MRI**

**PATIENT:** Leroy Shaw

**DOB:** 05/12/1947

**DATE:** 01/20/2016

**REFERRED BY:** ALDEN

**EXAMINATION:** High-field 1.5 Tesla MRI examination of the left shoulder performed without the administration of intravenous contrast media.

**FINDINGS:**
There are reactive marrow signal intensity changes throughout the shoulder consistent with arthritic etiology. There is no definite focus of osteochondral defect or avascular changes. There is an accessory os acromiale as well shown on axial #5 and 6. This may be associated with shoulder instability. There is loss of articular cartilage of the humeral head primarily along the superior aspect thereof. There are advanced hypertrophic changes of the acromioclavicular joint as shown on sagittal #11 and 12. Accompanying this is neutral acromial curvature and caudal sloping of the lateral margin of the os acromion. There is marked increased signal intensity with STIR weighting and fat suppression within the subacromial, subdeltoid, and subscapularis bursal regions. There is a prominent full-thickness tear of the supraspinatus tendon as shown on coronal image 12 and sagittal #9. This measures approximately 2.8 cm in coronal dimension shown on series 5 image #12 and 1.3 cm in sagittal dimension shown on series 6 #9. Thinning and heterogeneous signal intensity in the remainder of the supraspinatus tendon accompanies this. Proximal retraction thereof is not demonstrated. The subscapularis, infraspinatus, and teres minor tendons are intact. There is a shoulder effusion primarily in the axillary recess thereof. A tear of the ventral lip of the cartilaginous glenoid labrum is shown on axial images 11 and 12 and 13 and 14 and 15. The tendon of the long head of the biceps muscle is intact. There is no definite focus of ominous soft tissue mass lesions or pathologic lymphadenopathy.

**PRIOR EXAMINATIONS:** Prior examinations are not available for comparison.

**RADIOGRAPHIC SUMMARY:**

1. There is a prominent rotator cuff tear involving the supraspinatus tendon with a pattern of tendinitis in the remainder of the supraspinatus tendon.
2. Tear of the ventral lip of the cartilaginous glenoid labrum.
3. Subacromial, subdeltoid, and subscapularis bursal regions and/or egress of shoulder effusion through large rotator cuff tear.
4. Hypertrophic changes of the acromioclavicular joint with neutral acromial curvature and caudal sloping of the lateral margin of the os acromion. Correlation with relative impingement syndrome is suggested.
5. Accessory os acromiale. Correlation with shoulder instability is suggested.
6. Loss of articular cartilage of the humeral head.

4550 North Blvd, Suite 100
Baton Rouge, La 70806
(225) 454-6276
(225) 454-6280 Fax

2919 Harvard Ave,
Metairie, La 70006
(504) 309-9657
(504) 309-9659 Fax

Leroy Shaw
January 20, 2016

   7.  Shoulder effusion.


*Lawrence W. Glorioso III, M.D.*
Lawrence W. Glorioso III, M.D.


LWG/mc

Dictated but Not read



## ORTHOPEDIC CARE CENTER OF LOUISIANA
2930 CANAL STREET • SUITE 302 • NEW ORLEANS, LA 70119
PHONE 504-821-2574 • FAX 504-821-2595

DATE: _03\11\16_

ATTORNEY: _Jacobson_    RE: _Leroy Shaw_

ORDERING PHYSICIAN: _Dr. Wyatt_

The following TEST(S) has been ordered for your client. Please see the attached orders and a list of the cost. If you wish to have the test performed, please sign the agreement below and fax it back to our office. We will contact the patient to schedule the appointment.

### TEST(S) ORDERED:

1. _L4-5 ESI_    COST: _2,081_  DEPOSIT: _500_
   Approved ( ) Denied ( )

2. _____    COST: _____  DEPOSIT: _____
   Approved ( ) Denied ( )

3. _____    COST: _____  DEPOSIT: _____
   Approved ( ) Denied ( )

4. _____    COST: _____  DEPOSIT: _____
   Approved ( ) Denied ( )

TOTAL DEPOSIT REQUIRED: _500_

## PLEASE ENCLOSE THE FOLLOWING WHEN APPROVING:
Signed Agreement, Letter of Guaranty, Patient's phone number, deposit, and, if available, the Last 2(two) office notes from the ordering physician and MRI reports. You may return this form via fax to 504-821-2595.

### AGREEMENT
I AGREE TO PAY THE ABOVE AMOUNT FOR THE TEST(S) PERFORMED ON MY CLIENT, **AND UNDERSTAND THAT THERE IS A $300 DEPOSIT DUE PER NEW PATIENT & A $500 DEPOSIT DUE PER INJECTION.** O.C.C. WILL DEFER PAYMENT UNTIL THE CASE SETTLES OR UP TO 12 MONTHS, WHICHEVER COMES FIRST. **\* I ALSO UNDERSTAND THAT THERE WILL BE NO REDUCTIONS.\***

Attorney Signature: _____

THANK YOU FOR YOUR BUSINESS

822-2179



# ORTHOPAEDIC CARE CENTER OF LOUISIANA
2930 CANAL STREET • SUITE 302 • NEW ORLEANS, LA 70119
PHONE: 504-821-2574 • FAX: 504-821-2595

CONFIDENTIAL

**PATIENT: LEROY SHAW**
**DATE: 3/11/2016**
**DATE OF INJURY: 05/27/2015**

**CHIEF COMPLAINT:** The patient is here for orthopaedic evaluation. He parked his 18-wheeler and was hit by another 18-wheeler when it backed into him. He said it knocked him out of his seat. In fact, his 18-wheeler was damaged enough it had to be towed. He states he is now having low back pain and left shoulder pain with numbness in both feet. He had no prior history of any back pain or these symptoms. He did physical therapy for about 10 months.

**PAST MEDICAL HISTORY:** The patient has a history significant for high blood pressure. Negative for ulcers, acid reflux, hiatal hernia, diabetes, hypertension, organic heart disease, MI, liver, kidney or lung problems, seizures, asthma, gout or bowel or bladder problems.

**CURRENT MEDICATIONS:** He does not list any medications. No aspirin.

**ALLERGIES:** He does not list any allergies.

**SOCIAL HISTORY:** The patient does not smoke or drink alcohol.

**FAMILY HISTORY:** This is noted on the Patient History Questionnaire on the chart and was reviewed with the patient at the time of the office visit. Family history is noncontributory.

**REVIEW OF SYSTEMS:**
GENERAL: The patient denies chills, dizziness, fainting, forgetfulness, significant weight loss or weight gain or loss of sleep.
EYES: The patient denies blurred vision, crossed eyes, double vision, flashes or halos.
ENT: The patient denies bleeding gums, difficulty swallowing, earache, ear discharge, hay fever, hoarseness, loss of hearing, nosebleeds, ringing in ears or sinus problems.
CARDIOVASCULAR: The patient denies chest pain, irregular heartbeat, low blood pressure, poor circulation, rapid heart beat, swelling of ankles or varicose veins.
RESPIRATORY: The patient denies persistent cough, difficulty in breathing or shortness of breath.
GASTROINTESTINAL: The patient denies poor appetite, bloating, bowel changes, constipation, diarrhea, gas, indigestion, excessive thirst, stomach pain, rectal bleeding, nausea, vomiting, vomiting blood, sweats or fever.
GENITOURINARY: The patient denies frequent urination, blood in urine, lack of bladder

**PATIENT: Leroy Shaw**
**PAGE 2**

control or painful urination.

SKIN: The patient denies bruising easily, hives, itching, change in moles, rashes, scars or sores that will not heal.

NEUROLOGIC: The patient denies migraines, loss of consciousness or headaches.

PSYCHIATRIC: The patient denies depression, mood swings or nervousness.

ENDOCRINE: The patient denies thyroid problems, heat or cold intolerance.

HEMATOLOGIC/LYMPHATIC: The patient denies sickle cell disease, leukemia, lymphadenopathy or anemia.

ALLERGIC/IMMUNOLOGIC: The patient denies allergies to medications or AIDS.

**PHYSICAL EXAMINATION:**

CONSTITUTIONAL: The patient is alert, awake, oriented, well-developed, well-nourished, 71-year-old male who is 5 feet 10 inches and 205 pounds. Pulse is regular.

HEENT: EOMs intact. The patient has intact hearing and visual acuity.

LYMPHATIC: No palpable lymph nodes noted in the neck, axilla or other regions of the body.

LUNGS: The patient breathes without difficulty, no cough.

CARDIOVASCULAR: Regular rhythm. The patient has 2+ peripheral pulses in the upper and lower extremities. No pedal or lower extremity edema is noted.

ABDOMEN: No bowel or bladder symptoms.

SKIN: No significant scars, rashes, lesions or ulcers noted on inspection.

VASCULAR: The patient has 2+ peripheral pulses in upper and lower extremities. No pedal or lower extremity edema is noted.

NEURO/PSYCH: The patient is alert and oriented x3. The patient has a normal mood and affect. The patient has intact sensation and normal gross and fine motor coordination.

MUSCULOSKELETAL:

Head and Neck: The patient has no gross malalignment or asymmetry noted. There is no palpable mass or tenderness. The patient demonstrates a full cervical range of motion in all planes without significant pain or discomfort. No subluxation or laxity. Good strength and muscle tone is noted.

Spine/Ribs/Pelvis: He also has low back pain with flexion and side-to-side bending. Negative straight leg raises bilaterally.

Right and Left Upper and Lower Extremities: Right and left upper and lower extremities are neurovascularly intact with 2+ pulses. Motor and sensation are intact. Deep tendon reflexes are 2/5 and equal bilaterally biceps, triceps, brachioradialis, patella and Achilles. He has left shoulder pain with positive lift-off sign on the left. He has pain with abduction and forward flexion, cannot totally elevate his left arm above his shoulder like he can his right arm. He has no radiating leg pain.

**DIAGNOSTIC DATA:** He has an MRI of his left shoulder that shows a rotator cuff tear and a superior labrum anterior and posterior tear, and he has an MRI of his lumbar spine that shows L4-5, L5-S1 subligamentous disk herniations with annular tear and an L3-4 bulge with a partial tear.

**PLAN:**

**PATIENT: Leroy Shaw**
**PAGE 3**

1. I am going to recommend an L4-5 epidural steroid injection.
2. We need to recommend a left shoulder arthroscopy rotator cuff repair, SLAP repair, and an SAD DCR for his left shoulder.
3. I am going to put him on medications.
4. I will see him back in 6 weeks.

David J. Wyatt, M.D.
DJW/mc

METROPOLITAN
HEALTH
GROUP

2930 Canal Street, Suite 401
New Orleans, LA 70119
(504) 821-2574
Fax(504)8212-595

## DIAGNOSTIC TESTING REFERRAL

DATE: 2/16/16

ATTORNEY: Jacobson          Fax: 822-2179

RE: LeRoy Shaw

### THE AFOREMENTIONED PATIENT NEEDS THE FOLLOWING TEST / PROCEDURE

_____ NEUROLOGICAL CONSULT

_____ EMG / NCS

( ) BILATERAL UPPER EXTREMITIES  ( ) BILATERAL LOWER EXTREMITIES

_____ CERVICAL ESI          ✓ X 4  LUMBAR ESI

_____ CT SCAN OF _____

_____ CONSULTATION WITH A NEUROSURGEON

✓ ORTHOPEDIC EVALUATION OF Bulge L3-L4  Herniation L4-L5, L5-S1

_____ OTHER _____

MRI'S OF:

_____ CERVICAL SPINE          _____ LUMBAR SPINE          _____ ( )THORACIC SPINE
( 847.0 )                    ( 847.2 )                    ( 847.1 )

_____ ( )SHOULER          _____ BRAIN          _____ ( )WRIST
( 840.9 )                ( )                ( 719.43 )

_____ ( )ANKLE          _____ ( )KNEE          _____ OTHER
( 719.47 )              ( 844.9 )              ( )

NOTE: ⊕ MRI

### ORDERING PHYSICIAN SIGNATURE

Pracncalista ANP-c

**NUMBERS IN PARENTHESIS ARE ICD9 CODES**
*STRICTLY FOR MEDICAL USE*

PLEASE FAX RESULTS TO THE ABOVE
FAX NUMBER



**PATIENT:** Leroy Shaw

**DOB:** 05/12/1947

**DATE:** 12/21/2015

**REFERRED BY:** ALDEN

**EXAMINATION:** High-field 1.5 Tesla MRI examination of the lumbar spine performed without the administration of intravenous contrast media.

**MRI FINDINGS:**

BONE MARROW: There are Modic type reactive marrow signal intensity changes noted in the lumbar spine. The findings indicate increased biomechanical stress and strain. There is no definite focus of ominous pathologic marrow filling or marrow replacing process.

OSSEOUS STRUCTURES: There is straightening of the lumbar lordosis. The lumbar vertebrae are in otherwise acceptable anatomic alignment. There is central canal stenosis at the L3-4 and L4-5 levels. This is most severe, critical, at the L4-5 level potentiated by a disc pathology, hypertrophic posterior elements, and redundant ligamentum flavum. At the L4-5 level, axial image #15 demonstrates a maximum sagittal dimension of the spinal canal of 4.67 mm. At the L3-4 level, actually at the L4 superior endplate, a maximum sagittal dimension of the spinal canal of 10 mm is shown on axial image #12. There are hypertrophic changes noted bilaterally at the L3-4, L4-5, and L5-S1 facet joints. Less pronounced hypertrophic changes are noted bilaterally at the T11-12, T12-L1, L1-2, and L2-3 facet joints. The facet hypertrophy produces a compromise of the right and left L3-4 lateral recesses as shown on axial image #11, right and left L4-5 lateral recesses as shown on axial image #15, and right and left L5-S1 lateral recesses as shown on axial image #19. The lateral recess compromise is most severe at the L4-5 level. The hypertrophic changes in the posterior elements produce a compromise of the neural foramina, which is most marked at the right L3-4 neural foramina as shown on series 102, image #12; right L4 and right L5 neural foramina as shown on series 102, images #12 and #13, and left L3-4 and left L4 neural foramina as shown on series 102, images #5 and #6. Anterior traction spurs are noted at the thoracic and lumbar regions. If one pays careful attention to axial image #19, there is prominent L5-S1 facet tropism, asymmetry of orientation of facet joints.

INTRADURAL STRUCTURES: The conus medullaris has an unremarkable intrinsic morphologic appearance and signal intensity in the pulse sequences submitted without the administration of intravenous contrast media. The tip of the conus medullaris is at the L1-2 level. There is no evidence of ominous pathologic intramedullary or extramedullary-intradural defect within the lumbar spine.

EXTRADURAL STRUCTURES:

T11-12 INTERVERTEBRAL DISC: There is moderate desiccation of the intervertebral disc. The disc space height is diminished. The peripheral margins of the disc parallel that of the adjacent vertebral endplates. Disc material accompanies anterior traction spurs.

4550 North Blvd, Suite 100
Baton Rouge, La 70806
(225) 454-6276
(225) 454-6280 Fax

2919 Harvard Ave.
Metairie, La 70006
(504) 309-9657
(504) 309-9659 Fax

Leroy Shaw
December 21, 2015

**T12-L1 INTERVERTEBRAL DISC:** There is mild desiccation of the intervertebral disc. The disc space height is appropriate. The peripheral margins of the disc parallel that of the adjacent vertebral endplates.

**L1-2 INTERVERTEBRAL DISC:** There is moderate desiccation of the intervertebral disc. The disc space height is subtly diminished. The peripheral margins of the disc parallel that of the adjacent vertebral endplates. Disc material accompanies anterior traction spurs.

**L2-3 INTERVERTEBRAL DISC:** There is moderate desiccation of the intervertebral disc. The disc space height is appropriate. The peripheral margins of the disc parallel that of the adjacent vertebral endplates with disc material accompanying anterior traction spurs.

**L3-4 INTERVERTEBRAL DISC:** There is mild desiccation of the intervertebral disc. The disc space height is diminished. There is a partial-thickness annulus fibrosis tear with bulging of the disc as shown on series 102, image #9. The extradural defect measures 1.5 mm in sagittal dimension as shown on series 102, image #9. Bulging of the disc to the right side accompanies this as shown on sagittal image #12 measuring 2.5 mm in sagittal dimension as shown on series 102, image #12. A similar prominence to the left side is shown on sagittal image #6. Disc material accompanies anterior traction spurs.

**L4-5 INTERVERTEBRAL DISC:** There is moderate desiccation of the intervertebral disc. The disc space height is diminished. There is a posterior full-thickness annulus fibrosis tear as shown on series 102, images #8, #9, and #10. A posterior herniation of the disc accompanies this measuring 3.8 mm in sagittal dimension with subligamentous extrusion of disc material extending 4 mm cephalad to the L4 inferior endplate as shown on series 102, image #9. This potentiates the central canal and lateral recess stenosis as shown on axial image #15. The herniation of the disc also potentiates the neural foramina stenosis on the right and left sides as shown on sagittal images #13 and #5, respectively. Disc material accompanies anterior traction spurs.

**L5-S1 INTERVERTEBRAL DISC:** There is moderate desiccation of the intervertebral disc. The disc space height is diminished. There is a posterior annulus fibrosis tear as shown on series 102, images #8 and #9. A posterior prominence of the disc is noted to the right side effacing the right L5 nerve root as shown on sagittal image #14. A compromise of the left L5-S1 neural foramina is noted as shown on sagittal image #5. The extradural defect associated therewith measures 4.6 mm in sagittal dimension with subligamentous extrusion of disc material extending 3.2 mm caudal to the S1 superior endplate as shown on series 102, image #9. An annulus fibrosis tear accompanies this. A broad-based character thereof is shown on axial image #19. Axial image #19 demonstrates effacement of the right and left S1 nerve roots. Disc material accompanies anterior traction spurs.

**LUMBAR SPINAL LIGAMENTS:** The anterior longitudinal, posterior longitudinal, and interspinous ligaments of the lumbar spine are intact and without intrasubstance hemorrhage.

**PARASPINOUS STRUCTURES:** There is no evidence of ominous soft tissue paraspinal mass or lesion. The paraspinous muscles are symmetric in appearance. A normal signal void is appreciated in

Leroy Shaw
December 21, 2015

the right and left vertebral arteries. Incidentally noted is marked enlargement of the median lobe of the prostate gland as shown on sagittal image #9.

PRIOR EXAMINATIONS: Prior examinations are not made available for comparison or correlation purposes.

**RADIOGRAPHIC SUMMARY:**

1. L3-4 and L4-5 central canal stenosis, most severe at the L4-5 level. Considering this and the compromise of the thecal sac and contained nerve root structures thereof by the aforementioned central canal stenosis, disc pathology, and hypertrophic posterior elements, spinal surgical consultation would be prudent.
2. Internal derangement, internal disruption, and subligamentous herniation of the L4-5 intervertebral disc.
3. Internal derangement, internal disruption, and subligamentous herniation of the L5-S1 intervertebral disc.
4. Internal derangement and bulging of the L3-4 intervertebral disc. The findings indicate a pain-generating source.
5. Lumbar facet arthrosis with foci of neural foramina and lateral recess compromise, as above.
6. Straightening of the lumbar lordosis indicating a pattern of muscle spasm.
7. Marked enlargement of the median lobe of the prostate gland. Correlation with PSA level is suggested. A urologic consultation would be prudent.

Lawrence W. Glorioso III, M.D.

LWG/jd

Dictated but Not read

06/08/2016 12:11    #645 P.014/016

Dec. 28. 2015 12:58PM    L.A. MRI             No. 3021   P. 1

MAKE CHECKS PAYABLE TO:

LA MRI,INC
4550 NORTH BLVD
SUITE 100
BATON ROUGE,LA 70806

Chart No.:     271-15449

Statement Date:    12/28/2015 23:59

Pay this Amount:    $695.00

| | |
|---|---|
| LEROY SHAW | Patient |
| 7142 VIRGILAN ST. | LEROY SHAW |
| NEW ORLEANS,LA 70126 | 7142 VIRGILAN ST. |
| | NEW ORLEANS,LA 70126 |

---------------------------------------- ✂ Detach and return above portion with payment ----------------------------------------

**STATEMENT**

| Date | Claim # Doctor | Procedure | Description | ICD | Amount | Balance |
|---|---|---|---|---|---|---|
| 12/21/15 | 207626554 LA MRI INC | 72148 | MRI of the Lumbar Spine | S33.5XXA | 695.00 | |
| Sub-Total for Claim: | | | | | 695.00 | 695.00 |
| Balance Due: | | | | | 695.00 | 695.00 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---|---|---|---|---|
| 695.00 | 0.00 | 0.00 | 0.00 | 0.00 |

*CANAL RADIOLOGY LABORATORY*
*2930 CANAL STREET, SUITE 200*
*NEW ORLEANS, LA 70119*
*(504) 821-2574*



*Patient:*        Leroy Shaw

*Exam #:*        *1013-15CS*

*Date:*          *10/14/15*

*Doctor:*        *Dr. Alden*

**X-RAY CERVICAL SPINE, 2 VIEWS:** *There are no fractures or subluxations. There is significant disk space narrowing at C3-4, C4-5, C5-6, and C6-7. There are multilevel degenerative changes. Bone density is normal. The soft tissues are unremarkable.*

**IMPRESSION:** *Multilevel degenerative changes and disk space narrowing, as above.*

**X-RAY LUMBAR SPINE, 2 VIEWS:** *There are no fractures or subluxations. There is disk space narrowing at L4-5 and L5-S1. The remaining disk spaces are within normal limits. Bone density is normal. The soft tissues are unremarkable.*

**IMPRESSION:** *Disk space narrowing at L4-5 and L5-S1.*

**X-RAY LEFT SHOULDER, 2 VIEWS:** *There are no fractures or dislocations. The joint spaces are well maintained. The soft tissues are unremarkable.*

**IMPRESSION:** *No significant abnormality.*

*Boyd Helm, M.D.*

TIN: 72-0976348

**CONFIDENTIAL**

Canal Radiology Laboratory
2930 Canal Street Suite 201
New Orleans, LA 70119
(504) 821-2574

PATIENT: *Leroy Shaw*

REFERRING DR.: *Alden*

X-RAY #: *1013-15CS*

DATE: *10-14-15*

| CHEST | CODE | PROCEDURE | AMOUNT | EXTREMETIES | CODE | PROCEDURE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 71020 | EPA & Lateral Chest | $110.00 | | 73560 | Heel    RT  LT  BT | $85.00 |
| | 71021 | 3 Views of Chest | $115.00 | | 73630 | Foot 2 Views    RT  LT  BT | $100.00 |
| | 71022 | 4 Views of Chest | $165.00 | | 73070 | Elbow 2 Views    RT  LT  BT | $85.00 |
| | 71010 | DAP Chest | $95.00 | | 73080 | Elbow 4 Views  RT   LT  BT | $115.00 |
| Pediatric Chest | CODE | PROCEDURE | AMOUNT | | 73550 | Femur     RT  LT  BT | $110.00 |
| | 71021 | Age 0-3 ½ EPA,DAP LAT | $80.00 | | 73140 | Finger   RT  LT  BT | $85.00 |
| | 71020 | Age 3 ½ -10 3 Views | $75.00 | | 73660 | Toe   RT  LT  BT | $85.00 |
| | 71020 | Apical Lordotic | $85.00 | | 73090 | Forearm    RT  LT  BT | $100.00 |
| RIBS | CODE | PROCEDURE | AMOUNT | | 73100 | Wrist 2 Views    RT  LT  BT | $90.00 |
| | 71100 | Unilateral Ribs | $115.00 | | 73110 | Wrist 3 Views  RT   LT  BT | $115.00 |
| | 71101 | Uni Ribs & EPA Chest | $145.00 | | 73120 | Hand 2 Views  RT   LT  BT | $90.00 |
| | 71101 | Uni Ribs,EPA,LAT Chest | $170.00 | | 73130 | Hand 3 Views  RT   LT  BT | $115.00 |
| | 71110 | Bilateral Ribs | $195.00 | | 73560 | Knee 2 Views  RT   LT  BT | $95.00 |
| | 71130 | Sterno-Clavicular | $140.00 | | 73562 | Knee 3-4 Views  RT   LT  BT | $130.00 |
| | 74000 | KUB Abdomen | $100.00 | | 73564 | Knee 6 Views  RT   LT  BT | $170.00 |
| | 74020 | KUB&Erect Abdomen | $140.00 | | 73590 | Tibia-Fibula   RT   LT  BT | $115.00 |
| Face & Skull | CODE | PROCEDURE | AMOUNT | ✓ | 73030 | Shoulder  RT  LT  BT | $100.00 |
| | | | | | 73000 | Clavicle 2 views  RT  LT  BT | $100.00 |
| | 70250 | Skull Survey | $110.00 | | 73600 | Ankle 2 Views  RT   LT  BT | $100.00 |
| | 70260 | Skull Complete | $200.00 | | 73610 | Ankle 3 Views   RT   LT  BT | $120.00 |
| | 70160 | Nasal Bones | $110.00 | | 73050 | AC Joints-Pain  RT   LT  BT | $100.00 |
| | 70110 | Mandible Bilateral | $145.00 | | 73050 | AC Joints-w/Weights | $145.00 |
| | | | | | | RT   LT  BT | |
| | 70328 | TMJ's Bilateral | $155.00 | | 73060 | Humerus   RT   LT  BT | $110.00 |
| | 74020 | Facial/Orbits 4 Views | $140.00 | | 73010 | Scapula   RT   LT  BT | $110.00 |

| PROFESSIONAL COMPONENT | CODE | AMOUNT | CODE | AMOUNT | | CODE | PROCEDURE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 1026 | $15.00 | 2026 | $25.00 | ✓ | 72040 | Cervical Survey | $95.00 |
| ✓ | 3026 | $30.00 | 4026 | $40.00 | | 72052 | Cervical Complete | $170.00 |
| Outside Films- Reading | | $45.00 | | | | 72070 | Thoracic Spine | $115.00 |
| | | | | | ✓ | 72100 | Lumbar Survey | $110.00 |
| | | | | | | 72110 | Lumbar Complete | $200.00 |
| | | | | | | 72170 | AP Pelvis | $100.00 |
| | | | | | | 73520 | Hips Bilateral | $200.00 |
| | | | | | | 73510 | Hip,AP Pelvis,Frogleg | $150.00 |
| | | | | | | 72220 | Sacrum & Coccyx | $135.00 |
| | | | | | | 72202 | Sacroiliac Joints 4 Views | $155.00 |

TOTAL AMOUNT DUE:

$ *335.00*

*Law Offices of*
## TAMARA KLUGER JACOBSON
*A LIMITED LIABILITY CORPORATION*

TAMARA KLUGER JACOBSON

Of Counsel:
ROBERT G. HARVEY, SR.
rgharvey@bellsouth.net

600 NORTH CARROLLTON AVENUE
NEW ORLEANS, LOUISIANA 70119

TELEPHONE (504) 822-2136
TELEFAX (504) 822-2179
NATIONAL WATTS (800) 568-2136
tkjacobson@aol.com

# Fax

To: *Chip Duncan*   From: *Bob Harvey*

Fax No.: *524-9003*   Pages: *3*

Date: *6/9/16*

Re: *Leroy Shaw*

☐ Urgent  ☒ For Review  ☐ Comment Requested  ☐ Reply Requested  ☐ Recycle

*Additional medical received on Leroy Shaw*

The information contained in this facsimile message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney–client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, at the number listed above, and delete the original message. Thank you.

From:



# ORTHOPAEDIC CARE CENTER OF LOUISIANA
### 2930 CANAL STREET • SUITE 302 • NEW ORLEANS, LA 70119
### PHONE: 504-821-2574 • FAX: 504-821-2595

*CONFIDENTIAL*

**PATIENT: LEROY SHAW**
**DATE: 6/2/2016**
**DATE OF INJURY: 05/27/2015**

**PREOPERATIVE DIAGNOSIS:** L4-L5, L5-S1 subligamentous disk herniation with annular tear and L3-L4 bulge with partial tear with back pain.

**POSTOPERATIVE DIAGNOSIS:** L4-L5, L5-S1 subligamentous disk herniation with annular tear and L3-L4 bulge with partial tear with back pain.

**PROCEDURE:** Left-sided L4-L5 lumbar epidural steroid injection with 1 mL of 80 mg Depo-Medrol and 3 mL of 0.5% lidocaine, under fluoroscopic guidance.

**INDICATIONS:** The patient is a 71-year-old male who has been having back pain since an accident on the above date. He has failed conservative care. We are proceeding with an epidural steroid injection for relief of pain and improvement of quality of life. All risks, benefits and alternatives were explained including the risk of infection, possibility of continued pain and numbness, the need for more steroid injections, the possibility of spinal headaches and the possibility of the need for more surgery. The patient voiced understanding. All questions were answered, and consent was signed and placed in the chart.

**DESCRIPTION OF PROCEDURE:** The patient was taken to the examination room, placed in the prone position, and the back was prepped and draped in the usual sterile fashion. Under C-arm visualization, the left side L4-L5 area was sterilely prepped with Betadine, and then a wheel was raised with 0.5% lidocaine and local anesthetic was given. Then an 18-gauge spinal needle with sterile saline was passed down under C-arm visualization and palpation to the interlaminar space and then, using pressure technique, it was passed down until the pressure released and the needle was in the epidural space. There was no splash of spinal fluid, and a test dose of 0.5% lidocaine was given, which the patient tolerated well. Then the 1 mL of 80 mg Depo-Medrol and 3 mL of 0.5% lidocaine solution were injected into the epidural space. The needle was withdrawn and a band-aid was placed.

The patient tolerated the procedure well. The patient had no complications. The patient will follow up in 4 weeks in the clinic.

David J. Wyatt, M.D.
DJW/jj



MAKE CHECKS PAYABLE TO:

**Orthopedic Care Center of Louisiana**
4550 North Blvd
Ste.101
Baton Rouge,LA 70806

| | |
|---|---|
| Chart No.: | 277-35679 |
| Statement Date: | 06/07/2016 23:59 |
| Pay this Amount: | <u>$2,725.00</u> |

LEROY SHAW`
7142 Virgillian
New Orleans,LA 70126

**STATEMENT**

**Patient**
LEROY SHAW`
7142 Virgillian
New Orleans,LA 70126

✂ Detach and return above portion with payment

| Date | Claim # Doctor | Procedure | Description | ICD | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/11/16 | 207638765 David Wyatt Dr. | 99204 | Office/Outpatient Visit | M54.5 | 500.00 | |
| 4/8/16 | | 99213 | Office/Outpatient Visit | M54.5 | 144.00 | |
| 6/2/16 | | 62311 | Lumbar ESI | M54.5 | 1,200.00 | |
| | | 77003 | Fluoroscopy | M54.5 | 493.00 | |
| | | 62311 | Lumbar ESI | M54.5 | 388.00 | |

Sub-Total for Claim:

                                                    2,725.00     2,725.00

Balance Due:

                                                    2,725.00     2,725.00

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 2,725.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| 6/7/2016    12:11:12PM | For Billing Questions Call **225-926-1969** | Page 1 of 1 |