CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS   FILED

STATE OF LOUISIANA

NO. 16-4662   DIVISION " N "   DOCKET NO.

2016 MAY -9 P 2: 20

CIVIL DISTRICT COURT

LEROY SHAW   SECTION 8

VERSUS

GUY WARREN, HODUM TRUCKING, INC. and CANAL INSURANCE

FILED: _____   DALE N. ATKINS
DEPUTY CLERK
DISTRICT COURT
402 CIVIL COURTS BUILDING

**PETITION FOR DAMAGES**   AVENUE - ROOM 402
NEW ORLEANS, LA 70112

The petition of Leroy Shaw, a person of the full age of majority, resident of the Parish of Orleans, State of Louisiana, respectfully represent that:

| | |
|---|---|
| Receipt Date | 5/9/2016 2:26:00 PM |
| Receipt Number | 559843 |
| Cashier | mgagliano |
| Register | CDCCASH1 |

1.

Made defendants herein are **Guy Warren**, a person of the full age of majority, believed to reside in the State of Mississippi; **Hodum Trucking, Inc.**, a foreign corporation that is authorized to do and doing business in the State of Louisiana; and, **Canal Insurance Company**, a foreign insurance company that is authorized to do and doing business in the State of Louisiana, who are truly and justly indebted unto your petitioner for the following reasons to-wit:

| | | | |
|---|---|---|---|
| Grand Total | | $514.00 | |
| Balance Due | | $0.00 | |

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| JSC | $24.00 | $24.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Supreme Court- Proc | $10.00 | $10.00 | $0.00 |
| essing Fee | | | |

2.

On or about May 27, 2015 your petitioner **Leroy Shaw** was operating his 2000 Freightlinder in the City of New Orleans, proceeding to the Port of American wharf off of Nashville Avenue, having driven up onto the wharf ramp and into the warehouse for loading of plywood where petitioner was properly stopped, sitting in his truck waiting for wharf workers to load his truck.

3.

On the same date and at the same time, the defendant, **Guy Warren**, operating a truck with a 48" flatbed trailer, stopped behind petitioner, apparently in the wrong numbered location for his truck. After being advised to move forward to another number, defendant **Guy Warren** began to pull around petitioner's vehicle at a high rate of speed and suddenly cut short, slamming his vehicle into the left side of petitioner's vehicle, causing petitioner's vehicle to be totaled and causing damages and injuries to petitioner who was sitting in his vehicle as hereinafter alleged.


EXHIBIT C

VERIFIED
5/10/16

4.

The proximate cause of the accident was the negligence of defendant, **Guy Warren**, in the following but non-exclusive respects:

a) Failing to see what he should have seen;

b) Operating his vehicle in a careless and reckless manner;

c) Failing to keep his vehicle under control;

d) Improper turning;

e) Improper cutting-in on petitioner's lane;

f) All other acts of negligence to be shown at the time of trial.

5.

As a result of the negligence of the defendant, **Guy Warren**, your petitioner, **Leroy Shaw**, suffered multiple contusions and abrasions to the body, cervical strain, lumbar strain, left shoulder injury, rotator cuff tear of left shoulder, and is entitled to an amount commensurate with his damages and injuries to include physical pain and suffering, mental anguish, permanent disability, medical expenses past, present and future, loss of income past, present and future, loss of earning capacity, loss of truck earnings while vehicle was disabled after being totaled, loss of enjoyment of life, property damage, towing, storage, towing, depreciation, diminished value, loss of use, rental, all as reasonable under the premise, to be determined by the trier of fact.

6.

At all times relevant defendant, **Guy Warren**, was in the course and scope of his employment for **Hodum Trucking**, and under the principle of *respondeat superior*, **Hodum Trucking**, is made a party defendant.

7.

At all times relevant, **Canal Insurance**, provided liability coverage for the vehicle operated by **Guy Warren** on the date of this accident, for the types of damages sought herein and **Canal Insurance** is made a party defendant.

WHEREFORE, your petitioner, **Leroy Shaw**, pray that the defendants, **Guy Warren**, **Hodum Trucking, Inc. and Canal Insurance Company**, be served with a copy of this petition, and that after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of your petitioner, **Leroy Shaw**, for all amounts commensurate with his damages to include physical pain and suffering, mental anguish, permanent disability, medical

expenses, past, present and future, loss of income, loss of earning capacity, loss of enjoyment of life, property damage, towing, storage, rental, depreciation, loss of truck earnings while vehicle was disabled after being totaled , loss of use, all as reasonable under the premise, to be determined by the trier of fact; said judgment against defendants, **Guy Warren, Hodum Trucking, Inc. and Canal Insurance**, jointly, together with legal interest, thereon from the date of judicial demand until paid, for all cost of these proceedings, for all expert fees and for all general and equitable relief.

Respectfully submitted:

TAMARA KLUGER JACOBSON, #22494
ROBERT C. HARVEY, SR. #18615
600 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone:    (504) 822-2136
Facsimile:    (504) 822-2179
tkjacobson@aol.com
rgharvey@bellsouth.net

PLEASE SERVE:

Guy Warren
Through the Louisiana Long Arm Statute
430 Warren Hill Road
Brandon, Ms 39042-8565

Hodum Trucking, Inc.
Through the Louisiana Long Arm Statute
7505 Hwy. 18 West
Mendenhall, Ms 39114

Canal Insurance
Through the Louisiana Secretary of State

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.     DIVISION " "     DOCKET NO.

LEROY SHAW

VERSUS

GUY WARREN, HODUM TRUCKING, INC. and CANAL INSURANCE

FILED:_____     _____
                                            DEPUTY CLERK

## REQUEST FOR WRITTEN NOTICE

TO:  Clerk of Court
     Civil District Court
     City of New Orleans
     421 Loyola Avenue
     New Orleans, La 70112

**PLEASE TAKE NOTICE**, that you are hereby requested to provide the undersigned counsel with written notice of the date of trial of the above matter, as well as notices of hearings (whether on the merits or otherwise), orders judgments, and interlocutory decree, and any and all formal steps taken by the parties herein, the Judge, or any member of the court, pursuant to the Louisiana Code of Civil Procedure and without limitation, Articles 1674, 1913 and 1914.

**YOU ARE HEREBY FURTHER** notified that the undersigned attorneys will represent Leroy Shaw, Petitioner in the above entitled matter.

Respectfully submitted,

Tamara Kluger Jacobson, #22494
Robert G. Harvey, Sr., #18615
600 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone:    (504) 822-2136
Facsimile:    (504) 822-2179

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA